James Smith et al., Appellants, v Cardella Trucking Co., Inc., et al., Respondents. [978 NYS2d 888]—

Contrary to the contention of the plaintiffs, the Supreme Court providently exercised its discretion (*see Those Certain Underwriters at Lloyds, London v Occidental Gems, Inc.*, 11 NY3d 843, 845 [2008]; *Colantonio v Mercy Med. Ctr.*, 102 AD3d 649, 650 [2013]) in directing the injured plaintiff to submit to an examination by a vocational rehabilitation expert. The record demonstrates that the plaintiffs placed the injured plaintiff's ability to engage in future employment in issue, thereby making an evaluation by a vocational rehabilitation expert appropriate (*see Kavanagh v Ogden Allied Maintenance Corp.*, 92 NY2d 952, 954-955 [1998]; *Scotto v M.D. Carlisle Constr. Corp.*, 18 AD3d 459, 460 [2005]). Additionally, the plaintiffs were not prejudiced by the order directing the examination, since discovery was still ongoing in the action and the note of issue had not been filed (*see generally Spano v Omni Eng'g, LLC*, 69 AD3d 922 [2010]; *Jones v Grand Opal Constr. Corp.*, 64 AD3d 543 [2009]; *Barbosa v Capolarello*, 52 AD3d 629 [2008]). Mastro, J.P., Roman, Miller and Hinds-Radix, JJ., concur.